JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BERT KANE, an individual, | CASE NO.: 16-cv-01132-FMO (DTBx) |
|---|---|
| Plaintiff, | [Assigned for all purposes to the Honorable Fernando M. Olguin, Dept. 22] |
| vs. | |
| COUNTY OF RIVERSIDE; SHERIFF STANLEY SNIFF, an individual; CORRECTIONAL DEPUTY MICHAEL KONICK (#5421), an individual; REGISTERED NURSE ROXANNE DELA PENA, an individual; and DOES 1 through 50, inclusive, | **ORDER GRANTING JOINT STIPULATION [45] TO DISMISS** |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having fully considered the Joint Stipulation to Dismiss, and good cause appearing therefore, finds as follows:

1. The action is dismissed without prejudice against all parties; and
2. Each party shall bear their own costs and attorneys' fees.
3. The September 7, 2017 Status Conference is hereby vacated.

**SO ORDERED**.

Dated: September 5, 2017        /s/
The Honorable Fernando M. Olguin,
United States District Judge

ORDER VACATING DATES AND SCHEDULING STATUS CONFERENCE